**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| **v.** | * | **Case No. 26-cr-348** |
| | * | **Hon. Deborah K. Chasanow** |
| | * | |
| **DEONTE HARVEY,** | * | |
| | * | |
| **DEFENDANT.** | * | |
| | * | |

*******

**NOTICE OF SEEKING REVIEW**
**FROM ORDER SETTING CONDITIONS OF RELEASE**

The United States of America, by its undersigned counsel, pursuant to 18 U.S.C. § 3145 and Local Rule 302.1, hereby appeals to the United States District Court for the District of Maryland from the October 23, 2026, Order of United States Magistrate Judge Charles D. Austin, setting conditions of pre-trial release with respect to the Defendant, Deonte Harvey.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/
Gregory B. Conner
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice was filed with the Clerk of the Court using the CM/ECF system on October 25, 2026. I certify that all active participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
Gregory B. Conner
Assistant United States Attorney